FILED

11/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0401

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0401

_____

IN THE MATTER OF THE GUARDIANSHIP
OF:

A.S.D.,

O R D E R

A Minor.

_____

The record was filed for purposes of this appeal on September 22, 2020. Nothing further has been filed, and the opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant L.N.D. shall prepare, file and serve the opening brief on appeal no later than December 7, 2020. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant L.N.D. and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
November 6 2020